# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEONEL SANDOVAL CISNEROS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Foreign Corporation, Registered and Doing Business in Washington,<br><br>Defendant. | NO: 1:19-CV-3140-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 15). The parties agree that all claims against Defendant Walmart Inc. may be dismissed in their entirety, with prejudice, and without costs and/or attorney fees to any party. The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims against Defendant Walmart Inc. are hereby dismissed with prejudice and without costs and/or attorney fees as to any party.

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED December 1, 2020.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2